UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

TELMO IVAN RUBIO, JORGE PALACIOS
& FERNANDO ORTIZ,

                Plaintiffs,

      -against-

JMH DEVELOPMENT, LLC,

                Defendant.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/26/11

10 Civ. 7393 (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:    New York, New York
               May 26, 2011

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:    All Counsel

## MILMAN LABUDA LAW GROUP PLLC

3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082



**Via Fax &
First Class Mail**
(212) 805-7933

May 25, 2011

Hon. Andrew J. Peck, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:   **Rubio, et al. v. JMH Development, LLC
            10-CV-7393**

Dear Judge Peck:

    This firm represents the defendant in the above referenced matter. Plaintiffs have moved for summary judgment. Defendant's opposition is due on May 27, 2011. The parties have reached settlement on this matter. The parties are in the process of finalizing settlement and request that the summary judgment motion be held in abeyance pending the filing of the stipulation of dismissal.

    Thank you.

                                 Very truly,

                                 MILMAN LABUDA LAW GROUP PLLC

                                 Michael J. Mauro, Esq.

Cc: Lloyd Ambinder, Esq. via fax